# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A., A
NATIONAL BANKING ASSOCIATION
AS SUCCESSOR-IN-INTEREST TO
COUNTRYWIDE KB HOM LOANS,
LLC,

Appellant,

vs.

AIRMOTIVE INVESTMENTS, LLC., A
NEVADA LIMITED LIABILITY
COMPANY,

Respondent.

No. 77643

**FILED**

MAR 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY ___S.Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Susan Johnson, District Judge
     Akerman LLP/Las Vegas
     Roger P. Croteau & Associates, Ltd.
     Eighth District Court Clerk

19-13281